[No. 2848. Decided May 21, 1898.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN B. ARMSTRONG, *Respondent*.

Appeal from Superior Court, Kittitas County.—Hon. JOHN B. DAVIDSON, Judge. Appeal dismissed.

*Kirk Whited*, Prosecuting Attorney, for The State.
*Graves & Englehart*, for respondent.

*Per Curiam.*—Under the authority of *State v. Hubbell*, 18 Wash. 482 (51 Pac. 1039), this appeal will be dismissed, for the reason that the error alleged is one affecting the acquittal of the defendant on the merits.

---

[No. 2849. Decided May 21, 1898.]

STATE OF WASHINGTON, *Appellant*, v. ED. HERON, *Respondent*.

Appeal from Superior Court, Kittitas County.—Hon. JOHN B. DAVIDSON, Judge. Appeal dismissed.

*Kirk Whited*, Prosecuting Attorney, for The State.

*Per Curiam.*—Under the authority of *State v. Hubbell*, 18 Wash. 482 (51 Pac. 1039), this appeal will be dismissed, for the reason that the error alleged is one affecting the acquittal of the defendant on the merits.